**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Linda Moon | : | CHAPTER 13 |
| | : | |
| Debtor(s) | : | BANKRUPTCY NO. 05-34613/BIF |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**
**FILED BY DEBTOR'S COUNSEL**
**ON BEHALF Of TRI STAR PROPERTIES**

Please withdraw the Proof of Claim filed by Debtor's counsel on behalf of Tri Star Properties,  filed on June 13, 2006, in the amount of $5,000.00,  claim #9.

/s/ **Alan B. Liss**
ALAN B. LISS, EQUIRE
Attorney for Debtor